IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHAWN LEMAR MERRITT-MENCHION,

    Plaintiff,

v.                                  CASE NO. 4:25cv83-RH-MAF

ALLIE CAMPBELL COREY,

    Defendant.

_____/

## ORDER OF TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 9. The recommendation is for dismissal based on the plaintiff's failure to provide a current address after being ordered to do so. Perhaps in response to the report and recommendation, the plaintiff provided an address.

A prior report and recommendation correctly concluded the case belongs in the Middle District of Florida, not this district.

IT IS ORDERED:

1. The March 24, 2025 report and recommendation, ECF No. 7, is accepted.

2. The April 9, 2025 report and recommendation, ECF No. 9, is rejected.

3. The case is transferred to the United States District Court for the Middle District of Florida, Tampa Division.

4. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on May 25, 2025.

                                      s/Robert L. Hinkle  
                                      United States District Judge